MAXIMILIANO D. COUVILLIER III, ESQ.
Nevada Bar No.: 7661
KEVIN L. HERNANDEZ, ESQ.
Nevada Bar No.: 12594
**BLACK & LOBELLO**
10777 West Twain Avenue, Third Floor
Las Vegas, Nevada 89135
Telephone: (702) 869-8801
Facsimile: (702) 869-2669
mcouvillier@blacklobellolaw.com
khernandez@blacklobellolaw.com
*Attorneys for plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CATHY CISNEROS, an individual;<br><br>  Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; PLUSFOUR, INC., a domestic corporation;<br><br>  Defendants. | Case No.: 2:15-cv-00555-JAD-GWF<br><br>**STIPULATION AND ORDER DISMISSING EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE** |

**WHEREAS** plaintiff, Cathy Cisneros and defendant, Experian Information Solutions, Inc., (collectively referred to as "Parties") have fully and finally resolved all claims, disputes, and differences in the above-captioned matter;

**IT IS HEREBY JOINTLY STIPULATED AND AGREED** by the Parties, by and through their respective attorneys of record, and subject to the approval of the court, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned

///

///

///

///

///

///

Page 1 of 2

matter is hereby dismissed with prejudice as to Experian, with each party bearing their own attorneys' fees and costs incurred herein.

RESPECTFULLY SUBMITTED.

DATED this 28th day of July, 2015.               DATED this 28th day of July, 2015.

**BLACK & LOBELLO**                               **SNELL & WILMER LLP**

/s/ Kevin L. Hernandez                            /s/ Bob L. Olson
MAXIMILIANO D. COUVILLIER III, ESQ.               BOB L. OLSON, ESQ.
Nevada Bar No.: 7661                              Nevada Bar No.: 3783
KEVIN L. HERNANDEZ, ESQ.                          3883 Howard Hughes Parkway,
Nevada Bar No. 12594                              Suite 1100
10777 W. Twain Avenue, Third Fl.                  Las Vegas, Nevada 89169
Las Vegas, Nevada 89135                           *Attorney for Experian*
*Attorneys for plaintiff*

### ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the parties' stipulation under FRCP 41(a)(1)(A)(ii), IT IS HEREBY ORDERED that all claims against defendant Experian Information Solutions, Inc. are DISMISSED with prejudice, each party bearing its own fees and costs.

Dated: July 29, 2015.

_____
UNITED STATES DISTRICT JUDGE